359 A.2d 828
COMMONWEALTH
v.
NELSON, Appellant.

Submitted February 17, 1976. John H. Corbett, Jr., Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., would remand for further proceedings. *Commonwealth v. Tisdale*, 233 Pa. Superior Ct. 77, 83, 334 A.2d 722, 725 (1975) (Concurring and Dissenting Opinion).